**Marcos Isaac Garduno SALAZAR, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–74979.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.\*

Filed March 16, 2007.

Marcos Isaac Garduno Salazar, Lake Forest, CA, pro se.

Office of the District Counsel Department of Homeland Security, Los Angeles,

CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Genevieve Holm, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

MEMORANDUM \*\*

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioner's motion to reconsider.

The BIA did not abuse its discretion in denying petitioner's fifth motion to reconsider as numerically barred. *See* 8 C.F.R. § 1003.2(b)(2) (stating numerical limits on motions to reconsider); *Iturribarria v. INS,* 321 F.3d 889, 895–96 (9th Cir.2003).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.